UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1427 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Juan Morano-Mesa | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Gilberto Mercado-Torres

DATED: 5/20/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk