UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> JUAN Moreno-Mesa <br><br> Defendant(s) | CRIMINAL NO. 08mj1427 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

FRANCISCO JAVIER GOMEZ-Hernandez

DATED: 5/20/08

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE LOUISA S. PORTER

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082