UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY 20 P 4:55

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj 1427 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Juan Moreno-Mesa | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

JOSE De Jesus Alvarado Hernandez

MW - NOT ARRAIGNED
FORWARDED TO ICE
RETURNED TO CLERKS

DATED: 5/20/08

RECEIVED [signature] DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by [signature]
Deputy Clerk

U.S. MARSHAL'S OFFICE
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082