UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff       )<br>                              )<br>vs.                        )<br>   *Juan Moreno-Mesa*  )<br>           Defendant(s)  )<br>                              ) | CRIMINAL NO. 08MJ1427<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. #08575295 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Jose Lee Jesus Alvarado-Hernandez*

DATED: 6/2/08 (NPT-5/20/08)

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
                  DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by  Y. MADUENO
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082